IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Day, Edward E

Printed: 12/10/08

Case Number: 08 B 03589
Judge: Wedoff, Eugene R
Filed: 2/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 30, 2008
Confirmed: April 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,580.00 |  |
| Secured: |  | 977.30 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 500.00 |
| Trustee Fee: |  | 102.70 |
| Other Funds: |  | 0.00 |
| Totals: | 1,580.00 | 1,580.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | James M Philbrick | Administrative | 500.00 | 500.00 |
| 2. | Robert J Semrad & Associates | Administrative | 3,414.00 | 0.00 |
| 3. | RoundUp Funding LLC | Secured | 0.00 | 0.00 |
| 4. | Heights Finance Corp | Secured | 0.00 | 0.00 |
| 5. | GMAC Auto Financing | Secured | 24,632.55 | 977.30 |
| 6. | Internal Revenue Service | Priority | 1,813.64 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 18.65 | 0.00 |
| 8. | Maine Township Schools CU | Unsecured | 540.12 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 63.21 | 0.00 |
| 10. | GMAC Auto Financing | Unsecured | 0.00 | 0.00 |
| 11. | Illinois Dept Of Employment Sec | Unsecured | 341.90 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 33.00 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 19.88 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 3.32 | 0.00 |
| 15. | First Premier | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 18. | GM Card | Unsecured |  | No Claim Filed |
| 19. | Orchard Bank | Unsecured |  | No Claim Filed |
| 20. | Sprint Nextel | Unsecured |  | No Claim Filed |
| 21. | Collection | Unsecured |  | No Claim Filed |
| 22. | Sprint | Unsecured |  | No Claim Filed |
| 23. | Verizon Wireless | Unsecured |  | No Claim Filed |
|  |  |  | $ 31,380.27 | $ 1,477.30 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Day, Edward E

Printed: 12/10/08

Case Number: 08 B 03589
Judge: Wedoff, Eugene R
Filed: 2/16/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 102.70 |
| | $ 102.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

